AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

FILED
September 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CR_____
DEPUTY

NANCY SANCHEZ,
Plaintiff,

v.

GREAT LAKES INSURANCE SE,
Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-24-CV-0097 AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That all claims in this suit be DISMISSED WITH PREJUDICE and in the manner set forth in the Stipulation of Dismissal. (ECF No. 11.) IT IS FURTHER ORDERED that all pending motions in this case be terminated.

September 17, 2025
Date

Philip J. Devlin
Clerk

(By) Deputy Clerk